# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| MARCUS A. FAULK, | Case No. CV 07-1508-GHK (JWJ) |
| Petitioner, | |
| vs. | **ORDER TO SHOW CAUSE** |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

In a Minute Order dated December 18, 2007 ("12/18/07 Order"), the Court ordered petitioner to file a copy of his brief filed in the California Supreme Court or other proof that he presented his second claim (ineffective assistance of counsel) to the California Supreme Court within twenty-one (21) days. Petitioner's copy of his brief was due on January 8, 2008.

To date, petitioner has not filed a copy of his brief as ordered by the Court in the 12/18/07 Order.

# ORDER

Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

(1) Petitioner shall have **fourteen (14) days from the date of this**

1         **Order** to show cause why petitioner has failed to file a copy of his
2         brief as ordered in this Court's 12/18/07 Order; or
3    (2)   Petitioner shall within **fourteen (14) days of the date of this**
4         **Order** file a copy of his brief filed in the California Supreme Court
5         or other proof that he presented his second claim (ineffective
6         assistance of counsel) to the California Supreme Court, as ordered
7         by the Court in its 12/18/07 Order. A copy of the Court's
8         12/18/07 Order is attached.

9   If petitioner fails to comply with this Order to Show Cause as outlined
10 above, this Court may recommend that this action be dismissed without
11 prejudice for failure to prosecute this action and for failure to comply with this
12 Court's order. See Fed. R. Civ. P. 41(b); Local Rules - Central District of
13 California, L.R. 41-1; see also Link v. Wabash R.R., 370 U.S. 626, 629-30, 82
14 S. Ct. 1386, 1388, 8 L. Ed. 2d 734 (1962); Yourish v. California Amplifier,
15 191 F.3d 983, 986 (9th Cir. 1999).

17 DATED: January 28, 2008

19                                 /s/
                          JEFFREY W. JOHNSON
20                         United States Magistrate Judge