FILED
CLERK, U.S. DISTRICT COURT
APR 2 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| MARCUS A. FAULK,<br><br>    Petitioner,<br><br>vs.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. CV 07-1508-GHK (JWJ)<br><br>JUDGMENT |

  Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

  IT IS ADJUDGED that Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus without prejudice.

DATED: 4/24/08

_____
GEORGE H. KING
United States District Judge